IN THE COURT OF APPEALS OF TENNESSEE
MIDDLE SECTION AT NASHVILLE

**FILED**

**September 30, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

SHERRY BROWN, as next friend )
and natural mother of her minor )
children, AMANDA DANETTE )
MCMULLIN and ADAM MCMULLIN, )
)
     Plaintiff/Appellee, )
)
)
VS. )
)
)
DORRIS MCMULLIN, LARRY )
MCMULLIN, HELEN MCMULLIN, )
and THE ESTATE OF EUGENE )
MCMULLIN, )
)
     Defendants/Appellants. )

Appeal No.
01-A-01-9710-CH-00561

Lawrence Chancery
No. 6489-93

# O R D E R

The appellees have filed a petition asking the Court to rule that the appeal in this case was frivolous. We find that the appeal was not frivolous and overrule the petition.

It is therefore ordered that the petition be overruled.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM B. CAIN, JUDGE